IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL ACTION

STAR POINTE CAPITAL, LLC AS
TRUSTEE OF THE 10481LD LAND
TRUST AND BLACK POINT ASSETS INC,
AS TRUSTEE OF THE 10481 LUCAYA DRIVE
LAND TRUST

        Plaintiff,                       CASE NO.:

vs.

FREEDOM MORTGAGE CORPORATION

        Defendants.
_____/

## COMPLAINT TO QUIET TITLE

Plaintiff, STAR POINTE CAPITAL, LLC AS TRUSTEE OF THE 10481LD LAND TRUST AND BLACK POINT ASSETS INC, AS TRUSTEE OF THE 10481 LUCAYA DRIVE LAND TRUST (hereinafter "Plaintiff"), hereby files this Complaint to quiet title against Defendant, FREEDOM MORTGAGE CORPORATION (hereinafter "Defendant"), and alleges:

1. This is an action to quiet title on real property located within this county.

2. Plaintiff is the owner of real property via a Certificate of Title. The property that is the subject of this action (hereinafter "subject property") is located in this county and is described as follows:

**Lot 8, Block 14, HERITAGE ISLES PHASE 3D, according to the Plat thereof as recorded in Plat Book 89, Pages 89, Pages 86-1 through 86-10, inclusive, of the Public Records of Hillsborough County, Florida.**

3. Plaintiff is a Florida statutory land trust which owns the subject property.

4. Upon information and belief, Defendant, FREEDOM MORTGAGE CORPORATION is a corporation that has submitted itself to the jurisdiction of this state by holding a mortgage on the subject property.

5. Venue is proper in this County because the subject property is located in this county.

6. Plaintiff deraigns title as follows:

    a.    On April 4, 2017, Plaintiff took title by virtue of a Certificate of Title, in a lien foreclosure action, as recorded in the official records of this County and was recorded at OR Book 24839, Page 1337.

    b.    Prior to that, Roy Daniel Lucas II and Laura M. Lucas, husband and wife, took title via a Warranty Deed that was recorded on March 30, 2010 at OR Book 19789, Page 1018.

7.    Defendant, FREEDOM MORTGAGE CORPORATION, may claim an interest in the subject property by virtue of an Assignment of Mortgage recorded 04/28/17 in Official Records Book 24901, at Page 1032; original Mortgage in favor of MERS dated 05/15/13, recorded 05/31/13 in Official Records Book 21913, at Page 1502, in the principal sum of $240,565.00, of the Public Records of Hillsborough County, Florida.

8.    The subject property is subject to the Declaration of Restrictions, recorded in November of 1999 in the Official Records Book 9922, Page 1021 of this county. Pursuant to this declaration, the lien for unpaid assessments is prior and superior to all other liens, except for any first mortgage which is given to or held by an Institutional Lender, or which is guaranteed or insured by the FHA or VA. *Article VI, § 13.*

9.    Defendant's interest in the property appears to have started from a mortgage in which MERS was the Mortgagee and not an institutional lender or a guaranteed FHA or VA mortgage which would be superior pursuant to the declaration.

10.    Plaintiff now appears to have taken title subject to these clouds. As such Defendants respective mortgages constitute as clouds on Plaintiff's title which must be quieted.

WHEREFORE, Plaintiff respectfully requests judgment against Defendants quieting title to the subject property in Plaintiff's name.

OWEN & DUNIVAN, PLLC
Attorneys for Plaintiffs.
615 W. De Leon St.
Tampa, FL 33606
Phone:813.502.6768
bdunivan@owendunivan.com
eservice@owendunivan.com

By: _____

Bryant H. Dunivan Jr. Esq.
Fla. Bar No.: 102594